IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 20-CR-1828 KG |
| vs. | ) |
| **SAMUEL JOSEPH CHEE JR.,** | ) |
| Defendant. | ) |

<u>ORDER DISMISSING WITHOUT PREJUDICE THE THIRD ALLEGATION IN THE AMENDED PETITION FOR REVOCATION OF SUPERVISED RELEASE</u>

THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico, for an Order dismissing without prejudice the third violation alleged in the Amended Petition for Revocation of Supervised Release filed on November 17, 2021 (Doc. 45), and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the third violation alleged in the Amended Petition for Revocation of Supervision filed on November 17, 2021, be and hereby is dismissed without prejudice as to Defendant.

HON. KENNETH J. GONZALES
UNITED STATES DISTRICT JUDGE